# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LUKE J. GREZAFFI

VERSUS

PAUL BRYAN CARROLL AND MIKKI
GREMILLION CARROLL

NO.  2024 CW 0425

**JULY 26, 2024**

---

In Re:    Parish of Pointe Coupee, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 49886.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.**  The transcript of the previous trial in this matter constitutes hearsay, as it consists of testimony of witnesses at another hearing, offered in evidence to prove the truth of the matter asserted.  La. Code Evid. art. 801.  Upon a proper foundation, portions of the transcript may be admissible for testimony of a witness who is unavailable pursuant to La. Code Evid.   art.   804(B)(1)   and/or   for   impeachment   purposes. Accordingly, the portion of the trial court's April 10, 2024 judgment which granted the motion in limine filed by plaintiff, Luke J. Grezaffi, is reversed, and that motion is denied.  The portion of the trial court's April 10, 2024 judgment which denied the motion in limine filed by defendant, Parish of Pointe Coupee, is reversed, and that motion in limine is granted, to exclude the transcript of the prior trial from admission into evidence at the trial of this matter, subject to portions of the transcript being subject to admission, upon proper foundation, as an exception to hearsay  pursuant  to  La.  Code  Evid.  art.  804(B)(1)  and/or  for purposes of impeachment.

                                EW
                                HG

        **Miller, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT